UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STACEY BORK,

    Plaintiff,

v.                                                      Case No.: 2:19-cv-354-FtM-38MRM

TRAN HUONG QUYNH,

    Defendant.
_____/

**<u>ORDER</u>**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R") (Doc. 24) on Plaintiff's Motion for Attorney's Fees and Costs (Doc. 23). Judge McCoy recommends granting the Motion. Neither party timely objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's R&R. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, *Garvey v.*

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

*Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the R&R (Doc. 24) in full.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 24) is **ACCEPTED and ADOPTED** and incorporated into this Order.

(2) Plaintiff's Motion for Attorney's Fees and Costs (Doc. 23) is **GRANTED**.

(3) The Clerk is **DIRECTED** to amend the judgment to include an award of **$5,652.60 in attorney's fees and $2,091.59 in costs** in favor of Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida on October 29, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record